## Campbell *v.* Carlson (et al., Appellants).

Argued March 19, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Bernard J. McAuley,* with him *Wayman, Irvin, Trushel & McAuley,* for appellants.

*Nevin Stetler,* with him *Leonard R. Reeves, Stuart M. Neely,* and *Stetler & Gribbin,* for appellee.

OPINION PER CURIAM, July 2, 1970:

Judgment affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.